**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2495**

---

LEONARD A. LYLES,

Plaintiff - Appellant,

versus

GEORGE BALOG, Commissioner,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-99-3084-MJG)

---

Submitted:  April 29, 2002              Decided:  June 3, 2002

---

Before WIDENER, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leonard A. Lyles, Appellant Pro Se.  Allyson Murphy Huey, OFFICE OF THE CITY SOLICITOR, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Leonard A. Lyles appeals the district court's order granting summary judgment in favor of Appellees on his religious discrimination claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Lyles v. Baloq</u>, No. CA-99-3084-MJG (D. Md. Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>